# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DeeAnna Tonya McCarthy,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>Defendant. | No. CV-21-00451-PHX-SMB<br><br>**ORDER** |

United States Magistrate Judge John Boyle has issued a report and recommendation ("R&R") recommending that decision of the Administrative Law Judge be affirmed (Doc. 28). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at p.8) (citing Rule 72, Federal Rules of Civil Procedure) Plaintiff filed an objection (Doc. 29) and Defendant filed a response to the objections (Doc. 30). Plaintiff makes no specific objection to any findings in the R&R but rather reargues her original brief and objects to the result.

The Court has considered the objections and reviewed the Report and Recommendation de novo. See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court agrees with the Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. See 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part,

1  the findings or recommendations made by the magistrate").

2  **IT IS THEREFORE ORDERED** that Report and Recommendation of the
3  Magistrate Judge (Doc. 164) is accepted;

4  **IT IS FURTHER ORDERED** affirming the October 22, 2020 decision of the
5  Administrative Law Judge;

6  **IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this case.

7  Dated this 30th day of September, 2022.

_____
Honorable Susan M. Brnovich
United States District Judge